*In re* **NAUGHTON**, John Alexander (MR 21230)
Berwyn, IL

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose discipline on consent pursuant to Supreme Court Rule 762(b) is allowed, and respondent John Alexander Naughton is censured.